## WALLACE L. JOYCE *v.* STATE'S ATTORNEY

The plaintiff's petition for certification for appeal from the Appellate Court, 84 Conn. App. 195 (AC 23944), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Wallace L. Joyce*, pro se, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided September 22, 2004

## GAIL DIMMOCK *v.* ALLSTATE INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 84 Conn. App. 236 (AC 24064), is denied.

*Francis X. Drapeau*, in support of the petition.

*Constance L. Epstein*, in opposition.

Decided September 22, 2004

## DANIEL W. KOBYLUCK ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF MONTVILLE ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 84 Conn. App. 160 (AC 24100), is denied.